RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ROMEO MOOG TALAG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. 16-00154-JST |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER TO RETURN DEFENDANT'S U.S. PASSPORT AND PHILIPPINE TRAVEL DOCUMENTS** |
| ROMEO MOOG TALAG, | |
| Defendant. | |

GOOD CAUSE SHOWN, based on the dismissal of defendant's case, IT IS HEREBY ORDERED that his United States passport and Philipine travel documents be returned to him.

Date: March 21, 2022

_____
JON S. TIGAR
United States District Judge